Certificate Number: 05781-LAW-DE-041269122

Bankruptcy Case Number: 26-30720



05781-LAW-DE-041269122

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 30, 2026</u>, at <u>4:39</u> o'clock <u>PM PDT</u>, <u>Trichelle Wheeler</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Louisiana</u>.

Date:   <u>July 30, 2026</u>           By:     <u>/s/Allison M Geving</u>

                              Name:   <u>Allison M Geving</u>

                              Title:   <u>President</u>